UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINZEY SMITH, #17569-045

      Plaintiff,

CASE NO. 13-13079

v.

HON. MARK A. GOLDSMITH

FEDERAL BUREAU OF ALCOHOL,
TOBACCO, FIREARMS, AND EXPLOSIVES,

      Defendant.
_____/

### ORDER ADOPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED JUNE 24, 2014 (DKT. 25)

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge David R. Grand, issued on June 24, 2014. R&R (Dkt. 25). In the R&R, the Magistrate Judge recommends granting Defendant's motion for summary judgment (Dkt. 19), so that Plaintiff's "complaint be dismissed in its entirety and with prejudice." Id. at 2.

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 1078 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not

conduct a review by any standard."). There is some authority that a district court is required to review the R&R for clear error, see Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error. On the face of the record, the Court finds no clear error and adopts the recommendation.

Accordingly, Defendant's motion for summary judgment (Dkt. 19) is granted, and Plaintiff's complaint is dismissed with prejudice.

SO ORDERED.

Dated: July 18, 2014                              s/Mark A. Goldsmith
     Flint, Michigan                              MARK A. GOLDSMITH
                                                                       United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 18, 2014.

                                                                       s/Deborah J. Goltz
                                                                       DEBORAH J. GOLTZ
                                                                       Case Manager